*United States v. McKenna,* 327 F.3d 830, 845 (9th Cir.2003).

**DISMISSED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis Antonio LUEVANOS–CELIS, aka
Luis Antonio Luevanos–Seles aka
Luis Antonio Luevanos, Defendant–
Appellant.

No. 05–10768.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

Claire Kiehl Lefkowitz, Esq., USTU— Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Luis Antonio Luevanos–Celis, Florence, AZ, pro se.

David A. Aguilar, Esq., Law Office of David A. Aguilar, Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

MEMORANDUM **

Luis Antonio Luevanos–Celis appeals from his guilty-plea conviction and 51–month sentence imposed illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Luevanos–Celis has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Luevanos–Celis knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

The government's motion to dismiss is **GRANTED.**

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.